IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Cr. No. 05-10013-T

KEITH LEE McINTYRE,

    Defendant.

---

### MOTION FOR BRIEF CONTINUANCE OF SENTENCING DATE

---

Comes now Stephen B. Shankman, Attorney for Keith McIntyre, who respectfully moves the Court for a brief resetting of the sentencing date in this cause for a period of a week to ten days. In support thereof, Counsel would advise the Court that Mr. McIntyre was advised this morning, April 25, 2005, that his step-father in Georgia will be undergoing major surgery tomorrow afternoon and his presence is needed in regard to that matter. Counsel respectfully would move the Court to grant a brief continuance in this cause. Counsel has consulted with Assistant United States Attorney Vic Ivy, who advises that he has no objection to the resetting.

                                                          Respectfully submitted,

                                                          Stephen B. Shankman
                                                          Federal Defender
                                                          200 Jefferson Avenue, Suite 200
                                                          Memphis, TN 38103
                                                          (901) 544-3895

**MOTION GRANTED**
DATE: 25 April 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4/28/05

## CERTIFICATE OF SERVICE

I, Stephen B. Shankman, certify that I have this date mailed a true copy of the foregoing Motion for Brief Continuance of Sentencing Date to, Mr. Vic Ivy, Assistant U.S. Attorney, 109 S. Highland Avenue, 3rd floor, Jackson, TN 38301.

THIS the 25th of April, 2005.

Stephen B. Shankman
Federal Defender

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CR-10013 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT